STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK (CBN 119926)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8561
Facsimile: (213) 894-7819
E-mail: jon.klinck@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RB COMMUNICATIONS, INC.,<br><br>d/b/a STARFONE<br><br>Defendant. | Case No. CV 14-5584 CAS (JPRx)<br><br>[PROPOSED]<br>**JUDGMENT ON STIPULATION**<br><br><br>The Honorable Christina A. Snyder |

Based on the filed Stipulation of Plaintiff the United States ("Plaintiff") and defendant RB Communications, Inc. d/b/a Starfone ("Defendant"), through their attorneys of record, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is herewith ordered in favor of Plaintiff and against Defendant as follows:

1. Plaintiff shall recover the sum of $408,668.00 ("Judgment Sum") from Defendant;

2. The Judgment Sum shall incur interest at the legal rate following entry of judgment until paid pursuant to 28 U.S.C. § 1961; and

///

3. Plaintiff shall recover its costs of suit incurred herein, and neither Plaintiff nor Defendant shall recover attorneys' fees incurred prior to entry of judgment.

DATED: May 18, 2015

*Christina A. Snyder*

**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Jonathan B. Klinck*

JONATHAN B. KLINCK
Assistant United States Attorney

Attorneys for Plaintiff United States

2